UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| MITCHELL MURRAY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-135 |
| SPENCER LAWTON, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

Defendants have each filed motions to dismiss the instant civil rights complaint for failure to perfect service. Docs. 9, 10, 12. The Court is in receipt of a letter from plaintiff dated December 3, 2006, which states that plaintiff has been forced to "drop" his complaint due to health reasons. The Court construes this letter as a motion to voluntarily dismiss the case. Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff's motion should be GRANTED and his complaint should be DISMISSED.

SO REPORTED AND RECOMMENDED this 11th day of December, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA